IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OWB REO LLC,

    Plaintiff,                                CIV S-12-0282 JAM CKD PS

    vs.

ROBERT CIACCIO, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        On February 6, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed February 6, 2012, are ADOPTED and

1

1.    1. This action is remanded to the Nevada County Superior Court;

2.    2. The Clerk is directed to serve a certified copy of this order on the Clerk of the Nevada County Superior Court, and reference the state case number (C11-236) in the proof of service; and

3.    3. The Clerk is directed to close this case.

DATED: March 20, 2012

        /s/ John A. Mendez
        UNITED STATES DISTRICT COURT JUDGE